IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-460-RP |
| | § | |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order vacates the Court's Text Order on June 25, 2020 that resolved Kinder Morgan Texas Pipeline LLC and Permian Highway Pipeline LLC's Motion to Intervene, (Dkt. 16). The Court's Texas Order as to that motion was entered in error. The Motion to Intervene, (Dkt. 16), remains pending before the Court.

Accordingly, the Court **VACATES** its June 25, 2020 Text Order regarding the Motion to Intervene, (Dkt. 16).

**SIGNED** on June 25, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE