IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SIERRA CLUB,** | |
| **Plaintiff,** | |
| **v.** | |
| **UNITED STATES ARMY CORPS OF ENGINEERS et al,** | **CIVIL ACTION NO.** 1:20-cv-00460-RP |
| **Defendants.** | |

## <u>SUPPLEMENT CORRECTING EXHIBIT H (ECF DOC. # 10-13) TO SIERRA CLUB'S MOTION FOR PRELIMINARY INJUNCTION</u>

Sierra Club respectfully submits this notice correcting Exhibit H to Sierra Club's Motion for Preliminary Injunction (ECF Doc. #10-13) by supplementing the Declaration of Jennifer Blair with four attachments (Attachments A-D), which Ms. Blair referenced in her declaration but Sierra Club inadvertently omitted from the original filing. The complete Declaration of Jennifer Blair, including Attachments A through D, is attached.

Respectfully submitted,

*/s/ Joshua Smith*
**JOSHUA D. SMITH**
Ore. Bar No. 071757 (*pro hac vice*)
**SIERRA CLUB**
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5560
Fax: (510) 208-3140
joshua.smith@sierraclub.org

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of June, 2020, a true and correct copy of the foregoing document was filed and served using the electronic case filing system (ECF) pursuant to the electronic filing requirements of the United States District Court for the Western District of Texas.

*/s/ Joshua D. Smith*
Joshua D. Smith

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS
# AUSTIN DIVISION

SIERRA CLUB

      Plaintiffs

        v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

      Defendants

1:20-CV-00460

**Declaration Jennifer Blair**

1.     My name is Jennifer Blair. I have personal knowledge of the matters stated herein. I reside in Kyle, Texas.

2.     I am a Certified Wildlife Biologist® by The Wildlife Society, which is a non-profit association involved in wildlife stewardship through science and education.  I hold an Endangered Species Act Section 10(a)(1)(A) permit from the U.S. Fish and Wildlife Service authorizing me to conduct research and recovery studies on numerous federally listed species, as well as a Texas Parks and Wildlife

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

Department permit authorizing me to perform work on all wildlife species within Texas.

3.      I have worked in the wildlife and environmental consulting industry and in the Hill Country region of Texas for 17 years. I have visited several of the properties along the Permian Highway Pipeline route prior to their inclusion along the pipeline route, as they are habitat to the golden-cheeked warbler and other sensitive species in Texas.

4.      I have evaluated the information that Permian Highway Pipeline    LLC      provided      to      the      permitting agencies and have  documented inaccuracies in  the information  provided  to  the permitting     agencies and    witnessed     violations     and impacts to the environment,  including golden-cheeked  warbler  habitat  and  waterways, as  a result of the ongoing construction activities on  properties along  the pipeline route. The pipeline right-of-way through the Hill Country region of Texas consists of grasslands, shrublands, savannah, and woodlands, with a mix of native trees of all ages and sizes; shrubs and native grasses; and perennial, intermittent, and ephemeral streams, as well as other types of lands such as agricultural fields, road rights-of-way, and residential properties. The pipeline construction process uses heavy equipment to clear cut and strip the vegetation down to the soil, shred the

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

material into mulch which in most cases is spread across the right-of-way, and grind all of the stumps. The topsoil is then removed and piled along the sides of the right-of-way and the mulched vegetative material is mixed into the topsoil when the topsoil is removed and piled, until such time as the pipe is in the ground and the right-of-way's surface is ready to be reclaimed. However, this material piled on site is left unattended for long stretches of time, allowing for the material to wash off of the right-of-way and into waterways during rain events. Prior to cutting the trench for the pipeline, the right-of-way is graded using heavy machinery which involves cutting into steep-sloped areas and hillsides as much as thirty feet or more in some areas to less than ten feet in others. The subsoils and crushed rock from grading (commonly referred to as overburden) are also stockpiled along the sides of the right-of-way and left there until the trench is dug, pipe is brought in, strung, assembled, placed within the trench, and then buried, which occurs, in many cases, several weeks if not several months after the initial clearing and preparation of the right-of-way was performed. The overburden piles can also be washed away during rain events. Due to the significant soil disturbance, removal of all vegetation, and lack of measures to hold the disturbed soils in place during construction, the right-of-way is often muddy, with areas of wash out, areas of standing water, and large ruts left by machinery. Attachment A and Attachment C include representative photographs of construction activities within the PHP right-of-way that I took depicting some of

3

these impacts. Some of these types of impacts are permanent.  For example, since there are specific maintenance requirements within the pipeline right-of-way, i.e. trees and other woody vegetation will not be allowed to reestablish within the permanent right-of-way.

5.      The vegetation clearing and construction activities affects the golden-cheeked warbler by displacing and potentially killing individuals and destroying their nesting and foraging habitat which impacts their reproductive ability. The impacts to this species are therefore not limited to the immediate area but affects the species throughout the region.

6.      The construction and clearing of the right-of-way also affects all the wildlife within and surrounding the right-of-way, including other migratory birds, reptiles, amphibians, mammals, and invertebrates. This clearing and construction is occurring during the spring when many wildlife species are reproducing and raising young. For example, the clearing of these areas could wipe out nests of migratory birds and injure or kill wildlife that are within the right-of-way when clearing activities commence. Additionally, the clearing of this right-of-way and the construction activities could have permanent impacts to many wildlife species, as a result of habitat fragmentation and impacts to food and water sources. The shrubland, savannah, and woodland habitats lost will not be replaced through time

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

and growth, as the right-of-way will be maintained to prevent woody vegetation from encroaching within the permanent right-of-way.

7.      I have worked with my team and landowners along the pipeline route to track impacts to waterways in Hill Country from this project. I have visited multiple sites along the route during and after rain events to document where water and sediment discharges from within the right-of-way are occurring. Runoff and discharges from the pipeline construction sites leave a specific signature, especially when rain events for this region typically include strong storm systems that move across the region with high rainfall rates (downpours of an inch or greater per hour) and flash flooding potential, as we have seen over the last month. During and following a rain event, stormwater runoff can be tracked by following the gradient of the site. Stormwater runoff from sites like the construction occurring along the pipeline route can cause erosion, and transport sediments and debris from within the construction site and deposit them into the surrounding water resources resulting in water quality degradation and contamination. Disturbed areas with no groundcover or adequate control measures in place, like these construction sites, experience significant stormwater runoff, which carries the displaced soil, sediments, and debris into the intermittent and perennial streams within and near the construction zone. The displaced soil, sediments, and debris impacts both surface and groundwater, which could have long lasting, detrimental impacts to aquatic resource functions,

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

water quality, and species habitats, to include the federally-listed species (salamanders, fish, invertebrates, and plants) that occur within the region's aquifer and associated springs. The pipeline route crosses both the contributing and recharge zones for the Trinity and Edwards aquifers. These are sole-source aquifers, composed of permeable limestone (karst) that are easily damaged and permeated. Construction of a pipeline through sensitive karst environments can lead to water quality degradation and contamination of the groundwater. Some characteristics of limestone aquifers make them particularly susceptible to contamination. Sinking streams, sinkholes, and other karst features provide a rapid route for unfiltered contaminants from the land surface to the underlying aquifer. Karst features or voids encountered during construction also provide a rapid and direct route for unfiltered contaminants from the construction site to the underlying aquifer. This characteristic, along with swift groundwater flow in conduits and difficulty characterizing and monitoring the highly heterogeneous karst subsurface, contributes to an elevated risk for degradation of water quality. The reliance on groundwater for drinking supplies in karst regions such as the Edwards and Trinity Aquifers creates potential for public health effects. For instance, in Blanco County the PHP construction hit a void, which led to the loss of drilling fluids and as a result contaminated wells as far as a mile away from the incident. For more information on this occurrence, see Attachment B.

6

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

8.     Construction impacts to surface waters over the recharge and contributing zones are directly tied to the Edwards and Trinity aquifer, given that sinking streams, sinkholes, and other karst features within these surface water features provide a rapid route for unfiltered contaminants from the land surface to the underlying aquifer. Stormwater runoff water carrying sediments, debris, and pollutants from within the pipeline area can be transported off of the construction site into these surface waters and directly into the underlying aquifer. Once sediment, debris, and pollutants from stormwater runoff has been carried from within the pipeline right-of-way into surface water resources and is carried downstream or deposited across the landscape it cannot be recaptured/reclaimed.

9.     The clearing, grading, excavation, trenching, and other activities associated with the ongoing construction of the pipeline has already impacted waterways at numerous sites.  These impacts will continue in the future at the sites already identified, as well as other waterway crossings in which construction activities have yet to begin, if current practices and measures are not modified accordingly to curtail and prevent stormwater runoff, erosion, and sedimentation from within the right-of-way being released into the waterways. For example, during my visits to sites within the pipeline route either after rain events or while the rain event was ongoing, I witnessed the formation of erosion channels, sediment transport, and deposition from stormwater runoff within the pipeline right-of-way be

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

carried off the construction area, downstream and into the surrounding surface waters. The fall out of sediments and debris from within the pipeline right-of-way carried downstream by stormwater runoff and into the surrounding surface waters resulted in sedimentation and silting in of streambed segments and pool areas within areas of riffle-pool complexes, as well as large areas of sediment deposition along the high-water line, eddies, and areas of slower flows. The overall water chemistry, increase water temperature, and reduce dissolved oxygen. Examples of this are in Attachment C. This affects the functionality of the aquatic system and can have significant impacts on the aquatic species and organisms.  For example, sediment transport and deposition causes infilling which can stop or alter flows, plug spring outlets, smother vegetation, as well as change the overall water depth.

10.    As shown in Attachment C, effective erosion and sedimentation control measures have not been implemented appropriately within may of the construction sites along the pipeline route, including within Corps Action Areas and other water features in which NWP 12 verification was required. I have documented extensive erosion, sedimentation, and runoff at several sites along the pipeline route during and following rain events since construction activities began a few months ago. Conditions observed on properties along the pipeline right-of-way range from no erosion and/or sedimentation control measures in place at all, to improperly installed and/or inadequate erosion and sedimentation control measures which do little to

8

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

control the runoff, erosion, or sedimentation occurring throughout the pipeline route. Despite documenting the failure and/or lack of appropriate erosion and sedimentation control measures and the resulting impacts from runoff from within the pipeline right-of-way that have occurred during previous rain events on several sites I have visited with ongoing construction activities, PHP LLC continues to fail to implement appropriate erosion and sedimentation control measures.

11.     I have also observed occupied habitat for the golden-cheeked warbler within the pipeline construction areas that was not included in the Biological Assessment or the Biological Opinion. I have visited these areas to document golden-cheeked warbler occurrences and presence of suitable habitat characteristics and provided notice to the U.S Fish and Wildlife Service of the findings.  However, PHP LLC has continued to proceed with the clearing of those sites despite this information. On one site visit, we documented what appeared to be a golden-cheeked warbler nest next to a big pile of mulch that was created from the trees removed within the construction area. Images of the nest discovered within the recently cleared right-of-way are included in Attachment D.

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

Executed this 11th day of June, 2020 in Kyle, Texas.

Jennifer Blair, CWB

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

# Attachment A

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

**Attachment A**: *Representative photos from across the pipeline route of construction activities within the PHP right-of-way depicting general conditions as well as impacts to vegetation communities and endangered species habitats. The following photos provide representative examples of where I have documented impacts to the environment as a result of the ongoing construction activities on properties along the pipeline route to include clearing of golden-cheeked warbler habitat, lack of proper measures to prevent the spread of oak wilt, and impacts to karst features/voids discovered during construction activities.*







Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)



Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)





Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

# Attachment B

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

# Statesman

# Hays County puts brakes on gas pipeline project

**By Asher Price**
Posted Apr 23, 2020 at 6:09 PM
Updated Apr 23, 2020 at 9:59 PM

In the latest setback for a natural gas pipeline under construction in the Hill Country, the Hays County Commissioners Court voted unanimously this week to rescind permission for the project to cut through and drill underneath county roads.

The move comes weeks after a drilling mishap by a pipeline construction crew in neighboring Blanco County spilled tens of thousands of gallons of slurry into an underground aquifer.

Two weeks ago, state regulators ordered work to be halted at one crossing near Blanco, where the drilling incident in late March led to polluted water wells.

But the orders are unlikely to ultimately stop the pipeline from being built. Pipeline operator Kinder Morgan could meet state and county demands to commit to further safeguards or face off in court, where the company has beaten back a series of challenges.

Already the company is closing in on completing the first 100 miles of the 430-mile Permian Highway Pipeline. A Kinder Morgan official told the American-Statesman on Thursday that he expects the pipeline to be completed on schedule by April next year.

The planned 42-inch-diameter pipeline, buried a minimum of 3 feet deep, will carry natural gas from West Texas to refineries on the Texas coast. The project has drawn stiff opposition from Hill Country residents over environmental and private property concerns, but they have been unsuccessful at halting construction at the Capitol or the courthouse — Hays County, along with Travis County and the city of Austin, were plaintiffs in a failed effort earlier this year to stymie the project on endangered species grounds.

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

Hays County commissioners said this week they wanted to prevent a repeat of the mishap last month.

**The Blanco incident**

In the Blanco County incident, drilling was shut down after an estimated 36,000 gallons of drilling fluid were released underground. The incident, about 5 miles east of the city of Blanco, had apparently led to the muddying of the water for at least two well owners.

Officials at Kinder Morgan, which operates more than 25,000 miles of pipeline in Texas, had said that only nontoxic material — clay and water — leaked below ground.

In an email to the Texas Railroad Commission, which the Statesman obtained through a request under the Texas Public Information Act, the company attached label information about the makeup of the clay portion of the lost drilling fluid. According to the label, AMC Gel, used to lubricate a drilling hole and cool cutting material, rates as "low" for toxicity, "may cause cancer" and "causes damage to organs through prolonged or repeated use."

The Railroad Commission, the agency that oversees pipelines, on April 9, issued a notice of violation because "the loss of drilling fluid resulted in the pollution of fresh subsurface water," and because the company did not provide immediate notice of the incident — as required by state law. The drilling fluid mishap began March 28 and the company did not notify state regulators until the evening of March 31.

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

According to the notice of violation, Kinder Morgan can't resume work at the Blanco River crossing until it provides a groundwater monitoring plan; a remediation plan for contaminants that might have been introduced into private water wells and household plumbing of those affected by the incident; and plans on how the company will continue the pipeline construction operation in a way that will prevent further impact to groundwater and surface water.

**'We're seeing it as a pause'**

The Blanco County incident "showed that this was very real, and there's a lot of risk with boring in this part of the state, where our groundwater is extremely important," Lon Shell, a Republican county commissioner who represents parts of western Hays County and who raised the motion Tuesday to rescind the permits, told the Statesman.

"We can't deny use of our right of way, but we can dictate how they do it," Shell said.

He said he thought the drilling mishap "gives us a chance to re-look at the restrictions we applied, because of the special circumstances in this instance. We're asking them to stop, to pause, similar to what Railroad Commission did, and put measures in place to stop this from happening again and how to deal with it if it does."

The decision revokes the permits until Kinder Morgan complies with the Railroad Commission's notice of violation for the damage in Blanco County and provides a plan that will prevent further impact to ground and surface water.

Shell also called upon Kinder Morgan to provide a detailed geology report for each proposed road crossing in Hays County to determine whether the site is underlaid by karst.

Allen Fore, Kinder Morgan vice president for public affairs, said the company's plans for crossing county roads in Hays County had already won approvals from the county engineer, transportation department and the county commissioners.

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

"We need to figure out how exactly to provide them with what they need," Fore said. "We're seeing it as a pause in the process."

Fore said work continues to be suspended at the crossing in Blanco as the company weighs its options.

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)



🛒 BUY PHOTO         ▲ HIDE CAPTION

Workers construct a pipeline in Kyle that will carry natural gas from West Texas to refineries on the Gulf Coast. It cuts through the Hill Country, where residents have resisted it over environmental and private property concerns. [JAY JANNER/AMERICAN-STATESMAN] ·
Jay Janner



🛒 BUY PHOTO         ▲ HIDE CAPTION

A Kinder Morgan official said a 430-mile natural gas pipeline that runs through Hays County will be complete by April of next year. [JAY JANNER/AMERICAN-STATESMAN] · Jay Janner

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)



🛒 BUY PHOTO                    ▲ HIDE CAPTION

A natural gas pipeline is under construction Thursday behind homes on Sunshine Lane in Kyle. Hays County commissioners rescinded permits for the pipeline this week over concerns about a drilling mishap in neighboring Blanco County. [JAY JANNER/AMERICAN-STATESMAN] - Jay Janner



🛒 BUY PHOTO                    ▲ HIDE CAPTION

A pipeline by operator Kinder Morgan is being placed behind homes on Sunshine Lane in Kyle on Thursday. [JAY JANNER/AMERICAN-STATESMAN] - Jay Janner

# Attachment C

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)

*Attachment C: Representative photos from across the pipeline route in which erosion and sedimentation control measures have not been implemented appropriately, including within Corps Action Areas and other water features in which NWP 12 verification was required. The following photos provide representative examples of where I have documented extensive erosion, sedimentation, and runoff at several sites along the pipeline route during and following rain events since construction activities began a few months ago. Conditions observed on properties along the pipeline right-of-way range from no erosion and/or sedimentation control measures in place at all, to improperly installed and/or inadequate erosion and sedimentation control measures which do little to control the runoff, erosion, or sedimentation occurring throughout the pipeline route.*







Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)



















# Attachment D

Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)



Sierra Club Ex. H (ECF Doc. 10-13) (Corrected)