IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SIERRA CLUB,<br><br>*Plaintiff*,<br><br>v.<br><br>**UNITED STATES ARMY CORPS OF ENGINEERS, et al.**,<br><br>*Defendants*,<br><br>and<br><br>**KINDER MORGAN TEXAS PIPELINE LLC, and PERMIAN HIGHWAY PIPELINE, LLC,**<br><br>*Intervenor-Defendants.* | CIVIL ACTION NO. 1:20-CV-460 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties stipulate to voluntary dismissal, without prejudice, of all of Plaintiff's claims in the amended complaint (ECF No. 46). Each party has agreed to be responsible for its own attorneys' fees and costs in this case.

Respectfully submitted this February 11, 2021.

                                        */s/ Joshua Smith*
                                        **MARY WHITTLE**
                                        Texas Bar No. 24033336
                                        **MARK GUERRERO**
                                        Texas State Bar No. 24032377
                                        **GUERRERO & WHITTLE, PLLC**
                                        2630 Exposition Blvd., Ste. 102
                                        Austin, Texas 78703

Telephone: (512) 605-2300
Fax: (512) 222-5280
mary@gwjustice.com
mark@gwjustice.com

**JOSHUA D. SMITH**
Ore. Bar No. 071757 (*pro hac vice*)
**SIERRA CLUB**
2101 Webster Street, Suite 1300
Oakland, CA 94612
Telephone: (415) 977-5560
Fax: (510) 208-3140
joshua.smith@sierraclub.org

**REBECCA L. MCCREARY**
Colo. Bar No. 54097 (*pro hac vice*)
**SIERRA CLUB**
1650 38th Street, Suite 102W
Boulder, Colorado 80301
Telephone: (303) 449-5595
Fax: (303) 449-6520
rebecca.mccreary@sierraclub.org

**ATTORNEYS FOR PLAINTIFFS**


JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY GENERAL

*/s/ Jeffrey Neel Candrian*
**JEFFREY NEEL CANDRIAN**
Colorado Bar No. 43839
**DEVON LEHMAN McCUNE**
Colorado Bar No. 33223
United States Department of Justice
Environment and Natural Resources
Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1487 (McCune)
(303) 844-1382 (Candrian)
(303) 844-1350-Fax
Email: Devon.McCune@usdoj.gov
Email: Jeffrey.Candrian@usdoj.gov

**ATTORNEYS FOR FEDERAL DEFENDANTS**

/s/ W. Stephen Benesh
W. Stephen Benesh
Texas State Bar No. 02132050
111 Congress Avenue, Suite 2300
Austin, Texas 78701-4061
Telephone: (512) 494-3680
Facsimile: (800) 404-3970
Email: steve.benesh@bracewell.com

and

Ann D. Navaro (*admitted pro hac vice*)
Brittany Pemberton (*admitted pro hac vice*)
2001 M Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 828-5811
Facsimile: (800) 404-3970
Email: ann.navaro@bracewell.com
Email: brittany.pemberton@bracewell.com

**COUNSEL FOR INTERVENOR**
**DEFENDANTS**
**KINDER MORGAN TEXAS PIPELINE LLC**
**AND**
**PERMIAN HIGHWAY PIPELINE, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of February, 2021, a true and correct copy of the foregoing document was filed and served using the electronic case filing system ("ECF") pursuant to the electronic filing requirements of the United States District Court for the Western District of Texas.

/s/ Joshua D. Smith
Joshua D. Smith