IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | § | |
| Plaintiff, | § | |
| v. | § | 1:20-CV-460-RP |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | § | |
| Defendants, | § | |
| and | § | |
| KINDER MORGAN TEXAS PIPELINE LLC, and PERMIAN HIGHWAY PIPELINE LLC, | § | |
| Intervenor-Defendants. | § | |

**ORDER**

On February 11, 2021, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 50). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 12, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE